UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INDUSTRIAL MARITIME CARRIERS, LLC, | : : : | CIVIL ACTION |
| | : | NO.: 13-06382 |
| v. | : : | |
| | : | JUDGE NANNETTE J. BROWN |
| NALCO COMPANY | : : : | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**ANSWER AND AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY OF THIRD PARTY DEFENDANT, BRENNTAG SOUTHWEST, INC., TO NALCO COMPANY'S THIRD-PARTY COMPLAINT AND FRCP 14(c) TENDER**

**COMES NOW,** third party defendant, Brenntag Southwest, Inc. (hereinafter referred to as "BSW"), by and through its undersigned counsel, and for the purpose of asserting defenses to the allegations of the Third Party Complaint and FRCP 14(c) Tender filed by original defendant, NALCO Company (hereinafter referred to as "NALCO"), and for answer to the allegations of the Third Party Complaint and FRCP 14(c) Tender, denies each and every allegation therein, except as may be specifically admitted herein below, and with respect, represents:

**FIRST DEFENSE**

The Third Party Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

NALCO's FRCP 14(c) Tender is defective and unenforceable.

## THIRD DEFENSE

**AND NOW** for answer to the individual allegations of the Third Party Complaint and FRCP 14(c) Tender, BSW responds as follows:

### I.

The allegations contained in Paragraph I of the Third Party Complaint contain conclusions of law which require no response of BSW. Should a response be deemed necessary, the allegations are denied.

### II.

The allegations contained in Paragraph II of the Third Party Complaint contain conclusions of law which require no response of BSW. Should a response be deemed necessary, the allegations are denied.

### III.

The allegations contained in Paragraph III of the Third Party Complaint are admitted.

### IV.

The allegations contained in Paragraph IV of the Third Party Complaint are admitted.

### V.

The allegations contained in Paragraph V of the Third Party Complaint are denied.

### VI.

The allegations contained in Paragraph VI of the Third Party Complaint are denied.

### VII.

The allegations contained in Paragraph VII of the Third Party Complaint are denied for lack of information sufficient to justify a belief as to the truth contained therein.

### VIII.

The allegations contained in Paragraph VIII of the Third Party Complaint are denied.

### IX.

The allegations contained in Paragraph IX of the Third Party Complaint are denied.

### X.

The allegations contained in Paragraph X of the Third Party Complaint are denied.

### XI.

The allegations contained in Paragraph XI of the Third Party Complaint are denied.

### XII.

The allegations contained in Paragraph XII of the Third Party Complaint are denied.

### XIII.

BSW denies the allegations contained in the prayer of the Third Party Complaint and FRCP 14(c) Tender.

### XIV.

Any allegations contained in the Third Party Complaint not specifically answered by the above paragraphs are denied.

**FOURTH DEFENSE**

In the alternative, Plaintiff's and/or NALCO's alleged damages, if any, were caused or occasioned by their own fault, neglect, comparative or contributory negligence, or assumption of the risk, which is pleaded in bar or diminution of recovery herein.

**FIFTH DEFENSE**

In the further alternative, Plaintiff's and/or NALCO's alleged damages, if any, were the result of unavoidable consequences for which BSW cannot be held responsible.

**SIXTH DEFENSE**

In the further alternative, the alleged incident and the alleged damages of Plaintiff and/or NALCO, if any, were caused or occasioned by the fault, negligence, and/or statutory violations of third-parties for which or for whom BSW is not legally responsible.

**SEVENTH DEFENSE**

In the further alternative, Plaintiff's and/or NALCO's alleged damages, if any, were caused or occasioned by intervening and/or superseding causes for which BSW is not legally responsible.

**EIGHTH DEFENSE**

In the further alternative, BSW avers that its liability, if any, which it specifically denies, is purely passive and/or technical while the liability of others is actual and/or active, thus entitling BSW to full indemnification from those others who were negligent or otherwise at fault.

## NINTH DEFENSE

In the further alternative, Plaintiff and/or NALCO failed to take reasonable steps to mitigate their damages, if any.

## TENTH DEFENSE

In the further alternative, BSW is entitled to a credit and/or offset to any recovery by Plaintiff and/or NALCO against it, if any, for any and all damages sustained by BSW attributed to the negligence and/or fault of NALCO and/or third parties. BSW is also entitled to a credit and/or offset for any payments made to Plaintiff and/or NALCO by any other source, collateral or otherwise.

## ELEVENTH DEFENSE

BSW specifically pleads all defenses available to it under the Carriage of Goods by Sea Act, 46 U.S.C. 30701, *et seq.* ("COGSA"), and under the Federal Rules of Civil Procedure and reserves its right to supplement these claims in amended pleadings.

## TWELFTH DEFENSE

NALCO's Third Party Complaint is barred by prescription, preemption, laches and/or any applicable statute of limitations.

## THIRTEENTH DEFENSE

BSW specifically reserves the right to supplement, amend, and/or modify its Answer and Affirmative Defenses to NALCO's Third Party Complaint to conform to such facts as may be revealed during discovery or otherwise.

#### FOURTEENTH DEFENSE

Plaintiff's and/or NALCO's claims for damages are barred in whole or in part by the applicable maritime and admiralty laws of the United States and/or the economic loss doctrine.

#### FIFTEENTH DEFENSE

Any liability against BSW for Plaintiff's and/or NALCO's claims for damages, which liability is denied, is barred or limited by BSW's contractual terms and conditions which govern the relevant transactions between BSW and NALCO.

#### SIXTEENTH DEFENSE

BSW owed no duty nor breached any duty that may have been owed to NALCO.

#### SEVENTEENTH DEFENSE

BSW asserts all defenses that are afforded by BSW's contractual terms and conditions which govern the relevant transactions between BSW and NALCO.

#### EIGHTEENTH DEFENSE

Plaintiff's and/or NALCO'S claims are barred due to the spoliation of evidence.

#### NINETEENTH DEFENSE

BSW hereby demands trial by jury.

**WHEREFORE**, third party defendant, Brenntag Southwest, Inc., prays that its Answer and Affirmative Defenses to NALCO Company's Third Party Complaint and FRCP 14(c) Tender be deemed good and sufficient and that there be judgment in favor of Brenntag

Southwest, Inc., dismissing the Third Party Complaint, with prejudice, and at NALCO Company's cost, and awarding all other relief deemed appropriate by the Court.

Respectfully submitted,

CHOPIN, WAGAR, RICHARD
& KUTCHER, L.L.P.

By: *Richard A. Chopin*
RICHARD A. CHOPIN, T.A. (#4088)
MICHAEL L. COHEN (#21533
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
Attorneys for Third Party Defendant,
Brenntag Southwest, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

*Richard A. Chopin*
RICHARD A. CHOPIN